

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-23-00332-CV

_____

**PENNENERGY RESOURCES, LLC,**

                    **Appellant**

 **v.**

**ETC NORTHEAST FIELD SERVICES, LLC,**

                    **Appellee**

_____

### From the 82nd District Court
### Robertson County, Texas
### Trial Court No. 22-09-21523-CV-A

_____

## MEMORANDUM OPINION

_____

PennEnergy Resources, LLC, and ETC Northeast Field Services, LLC, have filed a "Joint Motion to Set Aside Trial Court Order and Remand; and Request to Expedite" asserting that they have settled their disputes in the underlying proceeding. Accordingly, the parties request that we:

> (1) set aside the trial court's Temporary Injunction signed October 11, 2023; (2) remand the matter to the trial court for entry of a final judgment conforming with the parties' settlement agreement; and (3) issue mandate immediately.

Accordingly, the parties' "Joint Motion to Set Aside Trial Court Order and Remand; and Request to Expedite" is granted. The trial court's Temporary Injunction, signed on October 11, 2023, is set aside without regard to the merits, and the case is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the party incurring same. *See id.* R. 42.1(d). And we order that this Court's mandate in this case shall issue immediately. *See id.* R. 18.1(c).

MATT JOHNSON
Justice

Before Justice Johnson,
     Justice Smith, and
     Justice Davis[1]
Set aside and remanded
Opinion delivered and filed August 1, 2024
[CV06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.